### (February 14, 1980)

■ ALBERT COMPETELLO, as Administrator, et al., Respondents, v ANTHONY GIORDANO, Appellant.—On the court's own motion, its order dated September 26, 1979, is amended to reflect that the findings of fact as to the times and dates of attempted service of process are affirmed and that the determination of this court on the appeal from the order of the Supreme Court, Kings County, dated July 26, 1978, was based solely upon the law. (See CPLR 5713.) Mollen, P. J., Lazer, Rabin and Margett, JJ., concur.